**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

SHEILA DOUBLE,

     Plaintiff,

v.                                  Case No: 2:09-cv-592-FtM-36SPC

CORNERSTONE KITCHENS, INC.,
a Florida Profit Corporation,

     Defendant.
_____/

## **O R D E R**

**THIS CAUSE** comes before the Court upon the Report and Recommendation of United

States Magistrate Judge Sheri Polster Chappell, filed on April 1, 2010 (Doc. 26). In the Report and

Recommendation, Judge Chappell recommends that the Amended Joint Motion for Approval of

Proposed Settlement and Dismissal with Prejudice (Doc. 23), filed on February 1, 2010, be

approved.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*.

In her complaint, Plaintiff alleged that she was not paid just compensation for non-exempt overtime

work she performed for Defendant Cornerstone Kitchens, Inc. The Parties have reached a settlement

of Plaintiff's claim and seek court approval of their settlement agreement. Specifically, the parties

have agreed to a settlement amount of $3,500 in compensation, and agree that this is a fair and

reasonable settlement of the claim. Further, the parties have agreed to a sum of $3,500 in attorneys'

fees for Plaintiff's counsel.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired. After careful consideration of the Report and Recommendation and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Magistrate Judge's Report and Recommendation (Doc. 26) is adopted and incorporated by reference in this order for all purposes, including appellate review.

2.      The settlement agreement is APPROVED, as the settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute. The Amended Joint Motion for Approval of Proposed Settlement and Dismissal with Prejudice (Doc. 23) is GRANTED.

3.      This case is DISMISSED with prejudice, pursuant to the agreement of the Parties. The Clerk is directed to terminate all pending motions and deadlines, to enter judgment accordingly, and to close the file.

**DONE AND ORDERED** in Ft. Myers, Florida, on April 21, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record